No. 04–7048. SINGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7057. ORTIZ-GUERRA, AKA QUIROZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7059. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7066. CHAPIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7067. CLARK, AKA HENDRICKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–222. DASSAULT AVIATION v. ANDERSON. C. A. 8th Cir. Motion of Organization for International Investment et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–259. ILLINOIS v. MILLER. App. Ct. Ill., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–476. UNIVERSITY OF ROCHESTER v. G. D. SEARLE & CO., INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 04–6349. ADAMES v. MARTINEZ ET AL. C. A. 2d Cir. Certiorari before judgment denied.